**UNITED STATES COURT OF APPEALS**

**PHILLIP WHITEHURST,**
          Appellant,

**Docket Number:**

          v

14-4016

**UNITED STATES OF AMERICA,**
          Appellee.

(8:11-cr-00567-AW-8)


APPELLANT'S MOTION FOR AN EXTENSION OF TIME TO FILE

Phillip Whitehurst, through counsel, files his Consent Motion to Extend time to file Initial Brief and Appendix. In support thereof, Appellant states the following:

1. The Court issued a Briefing Schedule that ordered that the Appellant's Initial Brief and Appendix is due on May 29, 2014.

2. The Appellant is detained in a federal facility in Cumberland Maryland.

3. The Undersigned needs additional time to visit the Appellant and confirm issues for appeal and to review the Initial Brief and Appendix.

4. Appellee has consented to a thirty day extension of time for Appellant to file the Initial Brief and Appendix.

5. Neither party will be prejudiced by the granting of this Motion to Extend time.

Wherefore, Appellant respectfully requests a 30 day extension of time to file the Initial Brief and Appendix.

Respectfully submitted:__

_____/s/_____
Marnitta L. King, Esq.
King Law, P.A.
1401 Mercantile Lane
Suite 381
Largo, MD 20774
Counsel for Appellant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May, 2014, a copy of the foregoing motion was delivered to the Office of the United States Attorney, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770.

_____/s/_____
Marnitta L. King

## UNITED STATES COURT OF APPEALS

**PHILLIP WHITEHURST,**

            Appellant,

**Docket Number:** _____          **Docket Number:**

                        **v**

                                                    14-4016

        **UNITED STATES OF AMERICA,**

(8:11-cr-00567-AW-8)16.                              (8:11-cr-00567-AW-8)
            Appellee.

¯

(8:11-cr-00567-AW-8)

_____ ORDER

_____Upon consideration of Appellee's Consent Motion to Extend Time to File Initial Brief and Appendix, the Consent thereto, and for good cause shown, it is hereby this _____ day of June, 2014

        ORDERED, that Appellee's Consent Motion to Extend Time to File Initial Brief and Appendix is GRANTED.

        ORDERED, that the new Briefing Order is _____.

                                        _____
                                        Judge