UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 29, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 14-4016,    <u>US v. Phillip Whitehurst</u>
                 8:11-cr-00567-AW-8

TO:   Marnitta Lanette King

FILING CORRECTION DUE:  August 1, 2014

Please make the corrections identified below and file corrected documents by the date indicated.

---

[x] Incorrect event used.  The appendix is a separate document from the brief and should be filed as such.  Please refile document using Appendix filed.

---

[x] Brief is not text-searchable. Please refile brief as a text-searchable PDF.


Cyndi Halupa, Deputy Clerk
804-916-2704